**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6497**

_____

DANNY G. WILLIAMS,

                                        Plaintiff - Appellant,

        versus

GEORGE P. GINTOLI, Director of South Carolina
Department of Mental Health (SCDMH); W.
RUSSELL HUGHES, Doctor and CEO of the Behavior
Disorders Treatment Program (BDTP); BRENDA E.
YOUNG-RICE, Program Manager for BDTP;
ELIZABETH HALL, Division Director of Public
Safety; DOUG COCHRAN, JD, Director of Client
Advocacy; SOUTH CAROLINA DEPARTMENT OF MENTAL
HEALTH,

                                        Defendants - Appellees,

-----------------------------------------------

LEONARD A. SMITH,

                                                Movant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Margaret B. Seymour, District Judge.
(CA-03-1102-9-24)

_____

Submitted:  May 27, 2004              Decided:  June 4, 2004

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Danny G. Williams, Appellant Pro Se.  Vinton DeVane Lide, Sheally Venus Poe, VINTON D. LIDE & ASSOCIATES, Lexington, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny G. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Williams v. Gintoli</u>, No. CA-03-1102-9-24 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>